# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 30, 2025

CL-2024-0358

Samuel Jackson and Latitia Jackson v. Winston Ivey, Jr., Yolanda Jones, Deborah Knighton, Cynthia Lynn Ivey McNeil, Glaniel Smith Crawford, Ertha Walters, Danny Smith, Carl Smith, Clifford R. Still, and Sonji Lynn Trevis (Appeal from Bullock Circuit Court:  CV-20-900060).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, and Fridy, JJ., concur.

Seth P. Rhodebeck, Clerk